# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIE LEE JEFFERSON,
                        Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
                        Respondent.

No. 83285

**FILED**

AUG 12 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion to set aside or quash a default, denying a motion to strike an opposition, and an order denying a motion for entry of a default judgment. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the orders identified are not appealable orders. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from the instant interlocutory orders, and the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.                    _____, J.
Stiglich                               Silver

21- 23539

cc: Hon. Steve L. Dobrescu, District Judge
Willie Lee Jefferson
Attorney General/Carson City
White Pine County Clerk